EXHIBIT 1

PREFERENTAIL PAYMENTS

| Creditor | payment $ | | payment method | |
|---|---|---|---|---|
| Empire Recovery Solutions and Sinclair Funding Group | | | | |
| Empire Recovery Solutions LLC | $40,000.00 | 1/29/2025 | Wire | Sinclair Fun |
| Empire Recovery Solutions LLC | $8,000.00 | 2/3/2025 | Wire | Sinclair Fun |
| Empire Recovery Solutions LLC | $8,000.00 | 2/10/2025 | Wire | Sinclair Fun |
| Empire Recovery Solutions LLC | $8,000.00 | 2/28/2025 | Wire | Sinclair Fun |
| TOTAL Payments | $64,000.00 | | | |